## Commonwealth *v.* Hoskin, Appellant.

Submitted June 10, 1968. *J. Patrick Clark,* Assistant Public Defender, and *Harold N. Fitzkee, Jr.,* Public Defender, for appellant; *John T. Miller,* Assistant District Attorney, and *John F. Rauhauser, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Howrelko, Appellant.

Submitted June 10, 1968. *John Howrelko,* appellant, in propria persona; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.